O:\MAXWELL FILES\Parida, Bob\K&P Automotive\CashCollMot Order final v2.doc
06-110-018

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) No. 06- 10562 |
| K & P AUTOMOTIVE, INC. | ) Hon. Carol A. Doyle |
| | ) Chapter 11 |
| Debtor and Debtor in possession. | ) |

### FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

This case coming to be heard on the continued Debtor's Emergency Motion For Authority to Use Cash Collateral, and for Other Relief ("Motion") filed on behalf of K & P Automotive, Inc., d/b/a Sparks Complete Car Care, Debtor and Debtor-in-Possession, ("Debtor"); Notice of Continued Hearing on Motion ("Notice") having been served by Debtor's attorney and a certificate of service having been filed in regard to the Notice; the notice given being deemed to be sufficient notice; counsel for Debtor and for Newcastle Properties, LLC ("Newcastle") having appeared; this Court having previously entered on August 30, 2006, its Interim Order Authorizing Use of Cash Collateral ("Interim Order"); it appearing that the relief sought is in the best interest of the estate; Debtor having indicated its consent to confirmation of the Interim Order as the final cash collateral order in regard to Newcastle to avoid the expense of a further contested hearing; and the Court being advised in the premises; it is, therefore

**ORDERED**, the Interim Order is confirmed as final, except that it is clarified that the Debtor is authorized to use its cash and cash equivalents (hereinafter, "cash collateral"), asserted to be subject to a citation lien in favor of Newcastle, which shall include but not be limited to Debtor's bank account at Charter One, in the amount of $8,000.00 that was on deposit on the commencement date of the bankruptcy case, without regard to any time period or time limitation.

**FURTHER ORDERED**, the hearing on the Motion is concluded.

ENTER:

_____
United States Bankruptcy Judge

11/9/06

Prepared by:
Andrew J. Maxwell (ARDC #1799150)
Maxwell & Potts, LLC
105 West Adams Street – Suite 3200
Chicago, Illinois 60604
312/368-1138