UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  )
 )
 ) Case No. 06 B 10562
K & P AUTOMOTIVE, INC., )
 )
 )
Debtor(s). )
 )
 )

### FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before November 21, 2008, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement of numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court two copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

An evidentiary hearing on the objection of the debtor to the claim of New Castle Properties, LLC is set for December 1, 2008 at 9:30 a.m. in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

Dated: October 16, 2008

ENTER:

Carol A. Doyle
United States Bankruptcy Judge